## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William Grimm, et al.,

        Plaintiffs,                      Civil 07-2374 (PAM/JSM)

v.

                                            **ORDER OF DISMISSAL**

TMS, Construction, Inc.,

        Defendant.

_____

        The court having been advised that the above case has been settled,

        **IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September   27   , 2007

                                                          s/Paul A. Magnuson
                                                          Paul A. Magnuson, Judge
                                                           United States District Court