UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| William Grimm and Jeff Seipel, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady and Keith Kramer, as Trustees of the Minnesota Laborers Vacation Fund; Tom Vevea and Gary Reed, as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Ronald Thornburg and Cindy Ecklund, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,<br><br>      Plaintiffs,<br><br>vs.<br><br>TMS Construction, Inc.,<br><br>      Defendant. | Civil File No. 07-2374 PAM/JSM<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the parties' Stipulation of Dismissal with Prejudice [Docket No. 13],

IT IS HEREBY ORDERED that above-entitled matter be, and hereby is, dismissed with

prejudice, and without costs to any party.


Dated:   October 23, 2007              s/Paul A. Magnson
                                                                  The Honorable Paul A. Magnuson
                                                                  United States District Judge

1